912 A.2d 1259

IN THE MATTER OF EDWARD F. MITCHELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 025831998).

January 5, 2007.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–198, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **EDWARD F. MITCHELL** of **TOMS RIVER**, who was admitted to the bar of this State in 1998, and who has been temporarily suspended from the practice of law since September 21, 2005, should be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed about the status of a matter or to promptly comply with requests for information), *RPC* 1.16(d) (on termination of representation, failure to protect a client's interests), *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **EDWARD F. MITCHELL** having failed to appear on the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **EDWARD F. MITCHELL** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that be **EDWARD F. MITCHELL** hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 governing disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.